Order entered October 30, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____
No. 05-12-00378-CR
_____

JEFFREY ALLEN STEELE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th District Court
Dallas County, Texas
Trial Court Cause No. F11-00780-R

## ORDER

This appeal is **REINSTATED**.

We **VACATE** our order of October 22, 2012 requiring the trial court to conduct a hearing to determine why appellant's brief was not timely filed.

We **GRANT** appellant's October 26, 2012 motion for leave to file appellant's brief. Appellant's brief received by the Clerk of the Court on October 26, 2012 is **DEEMED** timely filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

We **GRANT** appellant's October 26, 2012 motion to supplement the clerk's record.

We **ORDER** the trial court clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing copies of (1) the arraignment sheets,

appointments of counsel, and motions to dismiss the prosecution filed in cause numbers F11-47300-R and F11-47301-R and (2) the trial court's criminal court fee docket sheet in cause number F11-00780-R.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following:

Dallas County District Clerk Gary Fitzsimmons
The Dallas County District Clerk, Criminal Records Division
Counsel for all parties.

LANA MYERS
JUSTICE